1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS

       Plaintiff(s),

    v.

DOES 1-42

       Defendant(s).
_____/

No. 11-01956 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Motion to Quash Subpoena has been set for November 15, 2011 at 9:00 a.m. before Magistrate Judge Elizabeth D. Laporte in Courtroom E, 15th Floor, 450 Golden Gate Ave., San Francisco, California. Dates to files pleadings previously set.

Dated:  October 7, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Kristen Seib
      Courtroom Deputy