Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> DOES 1-42, <br><br> Defendants. | No.  3:11-CV-01956-EDL <br><br> NOTICE OF VOLUNTARY DISMISSAL AS TO ONE DOE DEFENDANT |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO A CERTAIN ANOYNMOUS DOE DEFENDANT**

**NOTICE IS HEREBY GIVEN** that,  pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, with prejudice, all claims brought in this action against the anonymous Doe Defendant associated with Internet Protocol address 98.239.118.68. The Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully Submitted,

STEELE HANSMEIER PLLC

**DATED: October 11, 2011**

By:      /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

2
NOTICE OF VOLUNTARY DISMISSAL     CASE NO. 3:11-CV-01956-EDL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 7, 2011, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                          /s/ Brett L. Gibbs
                                                  BRETT L. GIBBS, ESQ.