**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9   HARD DRIVE PRODUCTIONS

10          Plaintiff(s),                                    No. 11-01956 EDL

11          v.                                               CLERK'S NOTICE

12   DOES 1-42

13          Defendant(s).
                                                    /
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16   YOU ARE NOTIFIED THAT the Motion to Quash before Magistrate Laporte set for November 15,

17   2011 has been taken off calendar and will be decided on the pleadings.

18

19   Dated:  October 26, 2011

20                                              FOR THE COURT,
                                               Richard W. Wieking, Clerk
21

22                                             by: _____

23                                                  Kristen Seib
                                                    Courtroom Deputy
24

25

26

27

28