Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | **No. C-11-01956 EDL** |
| ) | |
| Plaintiff, ) | **NOTICE OF FIRM NAME CHANGE** |
| v. ) | |
| ) | |
| DOES 1-42, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FIRM NAME CHANGE**

Notice is hereby given that Plaintiff's counsel's law firm has changed names from "Steele Hansmeier PLLC" to "Prenda Law Inc." The Court will take note that all other identifying information associated with Plaintiff's counsel, Brett L. Gibbs – i.e. his physical address, email address, and phone number – remains the same.

///

///

///

///

///

///

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | PRENDA LAW INC. |
| DATED: November 11, 2011 | |
|   | By:     /s/ Brett L. Gibbs    |
|   | Brett L. Gibbs, Esq. (SBN 251000)<br>Prenda Law Inc.<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941<br>(415) 325-5318<br>blgibbs@wefightpiracy.com |
|   | *Attorney for Plaintiff* |