IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1-42,<br><br>    Defendants.                     / | No. 3:11-CV-01956 EDL<br><br>**ORDER DENYING MOTION TO QUASH OR MODIFY SUBPOENA WITHOUT PREJUDICE (Docket # 21)** |

Plaintiff Hard Drive Productions, which produces, markets and distributes adult entertainment products, has filed a lawsuit against 42 Doe defendants alleging copyright infringement. On August 3, 2011, the Court granted Plaintiff's Revised Ex Parte Application to Take Expedited Discovery. On October 3, 2011, Doe defendant ("Movant"), associated with Internet Protocol ("IP") address 67.188.11.147, filed this Motion to Quash an outstanding subpoena issued to Movant's Internet Service provider ("ISP"), Comcast Cable Holdings, LLC.

Under Federal Rules of Civil Procedure 45(c)(3), a court has no authority to quash a subpoena that was issued by a court in another district. See Fed. R. Civ. P. 45(c)(3)(A); SEC v. CMKM Diamonds, Inc., 2011 U.S. App. LEXIS 17833, *7-8 (9th Cir. Aug. 26, 2011) ("On the basis of the clear language of *Rule 45*, we must hold that the court that issued the subpoena, and not the court where the underlying action is pending, can entertain a motion to quash or modify a subpoena") (emphasis added). Here, the Northern District of Illinois issued the subpoena at issue in this Motion. Because Movant failed to bring the Motion before the court that issued the subpoena,

this Court lacks the authority to quash the subpoena. Thus, Movant's Motion to Quash is denied without prejudice.

Dated: November 18, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge