Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | No. C-11-01956 EDL |
|          Plaintiff, | ) | |
|          v. | ) | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| DOES 1-42, | ) | |
|          Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff greatly appreciates the Court's rigorous analysis of the issues in this case. Plaintiff files this dismissal without prejudice to potentially bring future separate lawsuits against certain identified individuals to avoid certain issues raised by the Court in later similar cases.

///

1 | Respectfully Submitted,

2 | PRENDA LAW INC.,

3 | **DATED: December 5, 2011**

4 |

5 | By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

6 | Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.

7 | 38 Miller Avenue, #263
Mill Valley, CA 94941

8 | blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.